UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN STEWART SOLORZANO SOLIS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>Respondents. | Case No. 5:26-cv-01407-PD<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** |

On March 24, 2026, Bryan Stewart Solorzano Solis ("Petitioner"), an immigration detainee at Adelanto, California, filed a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  The Petition raises two Counts for relief: (1) violation of the Immigration and Nationality Act ("INA"); and (2) violation of the Fifth Amendment Due Process Clause. *Id.* at 12–13.[1]  Respondents filed a response to the Petition, Dkt. No. 7, and on April 10, 2026, the Court held a hearing on the Petition.

---

[1] The Court uses the page numbers inserted into the pleadings by the Court's electronic filing system.

## I.    Background

According to the allegations in the Petition, Petitioner is a citizen of Nicaragua.  In 2022, Petitioner entered the United States without inspection, was briefly detained, and then released into the country.  Dkt. No. 1 at 11.

In October 2025, Petitioner was detained by Immigration and Customs Enforcement ("ICE") in Texas and then transferred to Adelanto, California, where he remains today.  *Id.*

While in custody, Petitioner requested a bond hearing and on February 3, 2026, an immigration judge stated that he believed he had no jurisdiction over the bond hearing under *Matter of Yajure Hurtado*.  Consequently, Petitioner withdrew his bond request.  *Id.* at 12; Dkt. No. 1-3.

On February 4, 2026, an immigration judge ordered Petitioner removed. Petitioner timely appealed to the Board of Immigration Appeals ("BIA") on March 6, 2026.  Dkt. No. 1 at 11.  That appeal is pending.

In response to the Petition, Respondents state that that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Sant*acruz, No. 5:25-cv-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025) ("*Bautista*").  Consequently, Respondents contend that to the extent Petitioner is entitled to any remedy, it is at most, a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a).  Dkt. No. 7.

## II.    Discussion

The court in *Bautista* certified a class of noncitizens who are entitled to bond hearings prior to being held in custody as follows:

Bond Eligible Class: All noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the

Department of Homeland Security makes an initial custody determination.

*Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987 at *32 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).  The *Bautista* court also entered final judgment and declared that "the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a), are not subject to mandatory detention under § 1225(b)(2), and are entitled to consideration for release on bond by immigration officers and, if not released, a custody redetermination hearing before an immigration judge." *Maldonado Bautista v. Noem*, 2025 WL 3678485, at *1 (C.D. Cal. Dec. 18, 2025).

At the hearing, Petitioner agreed with Respondents that he is entitled to a bond hearing consistent with the judgment in *Bautista* and that such relief resolves the Petition.  Therefore, based on the factual assertions and the parties' agreement, the Court finds that Petitioner is a member of the Bond Eligible Class and is entitled to an individualized bond hearing.

## III.   Order

Therefore, the Court grants Count I of the Petition based on the INA and dismisses Count II without prejudice.

The Court ORDERS Respondents to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) by no later than April 20, 2026.

IT IS SO ORDERED.

DATED: April 13, 2026

*Patricia Donahue*

_____
Patricia Donahue
United States Magistrate Judge

3