JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN STEWART SOLORZANO SOLIS,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01407-PD<br><br>**JUDGMENT** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count I. Count II is dismissed without prejudice.

DATED: April 13, 2026

*Patricia Donahue*

_____

Patricia Donahue
United States Magistrate Judge